[957 NE2d 1137, 933 NYS2d 635]

DALLAS M. GROVE, Appellant, v CORNELL UNIVERSITY et al., Respondents.

Decided October 18, 2011

**APPEARANCES OF COUNSEL**

*Lipsitz Green Scime Cambria LLP*, Buffalo (*John A. Collins* of counsel), for appellant.

*Levene Gouldin & Thompson, LLP*, Binghamton (*John L. Perticone* of counsel), for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

The judgment appealed from and the order of the Appellate Division brought up for review should be modified, without costs, by denying defendants' motion for summary judgment seeking dismissal of plaintiff's Labor Law § 240 (1) claim and, as so modified, affirmed.

Triable issues of fact exist as to whether defendants failed to provide an adequate safety device to plaintiff in violation of Labor Law § 240 (1) or whether plaintiff's conduct was the sole proximate cause of his injuries.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), judgment appealed from and order of the Appellate Division brought up for review modified, etc.